FILED
August 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002867573

# Change of Address

Re: Case No. 2010-38291

Name: Winzona Rothchild

[✓] Debtor(s)  [ ] Attorney  [ ] Creditor
[ ] Husband Only
[ ] Wife Only

NEW ADDRESS: P.O. Box 322
Biggs, CA 95917

PHONE NUMBER: 530-868-5294

OLD ADDRESS: 3110 Sixth Street
Biggs, CA 95917

SIGNATURE: *Winzona Rothchild*

EDC 2-085 (Rev. 3/29/99)